UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Nathan T. Hess |
| Bankruptcy No. 22-12525-PMM
Debtor |

\*\*\*\*\*\*\*

**HEARING TO BE HELD:**
**Date:  11/30/2023**
**Time:  10:00 A.M.**
**Place:  Zoom. For Zoom link, see the current
Hearing Calendar for the Judge on
the Court website**

\*\*\*\*\*\*\*

<u>NOTICE OF  MOTION, RESPONSE DEADLINE AND HEARING DATE</u>

Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed a *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* with the Court for dismissal of this case.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before Monday, November 20, 2023 you or your attorney must do ALL of the following:

(a)  file an answer explaining your position at

U.S. Bankruptcy Court
The Gateway Building
Office of the Clerk, Room 103
201 Penn St
Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney:

        Rolando Ramos, Esq.
        for
        Scott F. Waterman
        Standing Chapter 13 Trustee
        2901 St. Lawrence Avenue, Suite 100
        Reading, PA  19606

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before The Honorable Patricia M. Mayer, United States Bankruptcy Judge, on Thursday, November 30, 2023 at 10:00 a.m., via Zoom. For Zoom link, see the current Hearing Calendar for the Judge on the Court website.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  November 06, 2023