United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12525-pmm

Nathan T. Hess     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Nov 30, 2023    Form ID: pdf900    Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan T. Hess, 106 Beech Street, Denver, PA 17517-8620 |
| 14723210 | + | Borough of Denver, 501 Main Street, Denver, PA 17517-1427 |
| 14723212 | + | Cocalico School District, PO Box 800, Denver, PA 17517-0800 |
| 14723216 | + | Lancaster County Treasurer, P.O. Box 1447, Lancaster, PA 17608-1447 |
| 14723220 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 01 2023 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 01 2023 00:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14723206 | + | Email/Text: backoffice@affirm.com | Dec 01 2023 00:34:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14723990 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2023 00:39:17 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14735208 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 01 2023 00:39:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14723207 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 01 2023 00:33:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14723209 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2023 00:34:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14723208 | + | Email/PDF: bncnotices@becket-lee.com | Dec 01 2023 00:39:19 | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 14731399 | | Email/PDF: bncnotices@becket-lee.com | Dec 01 2023 00:39:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14723211 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2023 00:39:12 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14738912 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2023 00:39:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14723213 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2023 00:34:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14723214 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 01 2023 00:34:00 | Jared-galleria/genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 14726761 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 00:39:17 | LVNV Funding LLC, Resurgent Capital Services, |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 32

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14733987 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 00:39:18 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14723215 | + | Email/Text: compliance@lctcb.org | Dec 01 2023 00:34:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 14723217 | | Email/Text: amps@manleydeas.com | Dec 01 2023 00:33:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 14730501 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 01 2023 00:39:24 | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14727117 | | Email/Text: amps@manleydeas.com | Dec 01 2023 00:33:00 | MidFirst Bank, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14723218 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 01 2023 00:39:13 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14723219 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 01 2023 00:33:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 14723221 | + | Email/Text: bankruptcynotices@psecu.com | Dec 01 2023 00:34:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14723222 | + | Email/Text: bkdepartment@rtresolutions.com | Dec 01 2023 00:34:00 | Real Time Resolutions, Attn: Bankruptcy, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14723223 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 00:39:21 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14723224 | + | Email/Text: bankruptcy@signetjewelers.com | Dec 01 2023 00:34:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 14723289 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:39:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736561 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2023 00:39:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14773416 | *+ | MidFirst Bank, 999 NW Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023     Signature:     /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

**Name**  **Email Address**

ADAM BRADLEY HALL
　　　on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

ALYK L OFLAZIAN
　　　on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

MICHAEL A. CIBIK
　　　on behalf of Debtor Nathan T. Hess mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email

MICHAEL I. ASSAD
　　　on behalf of Debtor Nathan T. Hess mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

SCOTT F. WATERMAN [Chapter 13]
　　　ECFMail@ReadingCh13.com

United States Trustee
　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATHAN T. HESS | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 22-12525 PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **November 30, 2023**

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**