# In the United States Bankruptcy Court
## for the Eastern District of Pennsylvania

In re:

    Nathan T. Hess

        Debtor.

Case No. **22-12525-pmm**

Chapter 13

### Certificate of No Response to Application for Compensation and Certificate of No Administrative Expense Applications

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed on 12/20/2023 as ECF No. **60**.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before 1/3/2024.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order of 11/30/2023, ECF No. 58, all applications for administrative expenses were to be filed and served on or before 12/14/2023.

Date: January 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com