**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| 22-12525 | Hess | Pre-Confirmation |

**Summary of Fees**

This case was dismissed prior to confirmation. Counsel represented debtor at confirmation hearing, 341 hearing, and motion to reinstate, among other services.

| Date | Staff | Description | Hours |
|---|---|---|---|
| 07/08/2022 | Attorney | Initial consultation – discussed debtor's objectives and answered questions | 1.30 |
| 09/21/2022 | Attorney | Drafted petition and SSN statement | 0.50 |
| 09/21/2022 | Paralegal | Filed case with the court. | 0.50 |
| 09/30/2022 | Attorney | Prepared chapter 13 plan | 1.00 |
| 09/30/2022 | Paralegal | Filed and served chapter 13 plan | 0.50 |
| 10/04/2022 | Attorney | Drafted schedules, statements, and related documents | 3.50 |
| 10/05/2022 | Paralegal | Filed schedules, statements, and related documents with court | 0.50 |
| 11/01/2022 | Attorney | Represented debtor at meeting of creditors | 0.50 |
| 11/01/2022 | Attorney | Phone call with debtor | 0.50 |
| 12/09/2022 | Attorney | Prepared amended chapter 13 plan | 0.50 |
| 01/11/2023 | Attorney | Exchanged emails with debtor to discuss resolution of IRS claim | 0.20 |
| 01/13/2023 | Attorney | Prepared motion to reconsider order granting automatic stay | 1.00 |
| 01/13/2023 | Paralegal | Filed motion to reconsider order granting automatic stay | 0.20 |
| 01/15/2023 | Attorney | Exchanged emails with debtor to discuss resolution of IRS claim | 0.20 |
| 01/31/2023 | Attorney | Exchanged emails with debtor to discuss resolution of IRS claim | 0.10 |
| 02/09/2023 | Attorney | Exchanged emails with debtor to discuss resolution of IRS claim | 0.10 |
| 02/15/2023 | Attorney | Exchanged emails with debtor to discuss resolution of IRS claim | 0.10 |
| 02/26/2023 | Attorney | Exchanged emails with debtor to discuss resolution of IRS claim | 0.10 |
| 03/05/2023 | Attorney | Prepared amended chapter 13 plan | 0.60 |
| 03/05/2023 | Attorney | Reviewed 8 proofs of cliam for validity | 1.50 |
| 09/14/2023 | Attorney | Represented debtor at confirmation hearing | 0.40 |
| 12/20/2023 | Attorney | Prepared fee application | 0.50 |
| 01/16/2024 | Attorney | Reviewed time slips and prepared attachment to fee application | 0.30 |

|  |  |
|---|---|
| Total Attorney Hours | 12.90 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$4,515.00** |
| Total Paralegal Time | 1.70 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$212.50** |

## Summary and Itemization of Fees (Cont'd)

| Date | Staff | Description | Hours |
|---|---|---|---|

|  |  |
|---|---|
| Subtotal | $4,727.50 |
| Adjustment | ($2.50) |
| **Grand Total** | **$4,725.00** |
|  |  |
| Pre-Petition Payment | $1,541.00 |
| Balance Due | $3,184.00 |